IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOSE LUIS MONTES RAMIREZ,**  Petitioner,  v.  **PAMELA BONDI,** *et al.***,**  Respondents. | CIVIL ACTION NO. 26-0522 |

### ORDER

**AND NOW**, this 2nd day of February 2026, in advance of the hearing in this matter scheduled on **February 3, 2026, at 2:30 p.m.** and in recognition of the United States Marshals Service's inability to secure Petitioner's arrival to court in this civil matter, it hereby **ORDERED** that the U.S. Attorney's Office shall arrange for Petitioner's transportation from the Federal Detention Center to Courtroom 12A of the United States District Court, 601 Market Street, Philadelphia, PA 19106 at the previously stated date and time.

It is so **ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**