IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSE LUIS MONTES RAMIREZ, | : | |
| | : | |
| Petitioner | : | Case No. 2:26-cv-0522 |
| v. | : | |
| | : | |
| PAMELA BONDI, ET AL. | : | |
| | : | |
| Respondents. | : | |

## STIPULATION AND ORDER

Petitioner is a non-citizen who has been detained by immigration authorities since January 23, 2026. Petitioner filed this action for a writ of habeas corpus on January 27, 2026. (Doc. No. 1). Respondents filed their response in opposition to the petition on January 30, 2026. (Doc. No. 5). The Court ordered oral argument to occur on February 3, 2026, at 2:30 PM. (Doc. No. 3).

To expeditiously resolve the petition, the parties hereby stipulate and agree to waive oral argument and respectfully request that the emergency petition for a writ of habeas corpus be decided on the papers at the Court's earliest convenience.

Accordingly, it is hereby ORDERED:

Oral argument scheduled for February 3, 2026 is cancelled; and

The Court will decide the petition on the papers.

1

Dated: February 3, 2026

/s/ Keith D. Sklar
KEITH D. SKLAR
Law Offices of Sklar, Smith-Sklar
1901 N. Olden Ave #22
Ewing, NJ 08618
Office: (609)-882-9800
Email: mail@njpalaw.com

*Counsel for Petitioner*

Respectfully submitted,

DAVID METCALF
United States Attorney

/s/ Mansi G. Shah
MANSI G. SHAH
Assistant United States Attorney
Eastern District of Pennsylvania
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106
Phone:  (215) 861-8318
Email:  Mansi.Shah@usdoj.gov

*Counsel for Respondents*

BY THE COURT

February 3rd, 2026

/s/ Cynthia M. Rufe
CYNTHIA M. RUFE
United States District Court Judge

2