**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **JOSE LUIS MONTES RAMIREZ,**<br><br>**Petitioner,**<br><br>v.<br><br>**PAMELA BONDI,** *et al.*,<br><br>**Respondents.** | **CIVIL ACTION NO.  26-0522** |

## ORDER

**AND NOW,** this 6th day of February 2026, upon consideration of Jose Luis Montes Ramirez's Petition for Writ of Habeas Corpus [Doc. No. 1], the government's Opposition thereto [Doc. No. 5], Mr. Montes Ramirez's supplemental documentation [Doc. No. 6], and for the reasons stated in the accompanying Memorandum Opinion, it is hereby **ORDERED** that the Petition [Doc. No. 1] is **GRANTED** as follows:

1. Montes Ramirez is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2), and is instead subject to detention, if at all, pursuant to the discretionary provisions of 8 U.S.C. § 1226(a).

2. The government shall **RELEASE** Montes Ramirez from custody immediately and certify compliance with the Memorandum Opinion and Order by filing an entry on the docket no later than 4:00 p.m. ET on February 6, 2026.

3. The government is temporarily enjoined from re-detaining Montes Ramirez for seven days following his release from custody.

4. If the government chooses to pursue renewed detention of Montes Ramirez after that seven-day period, it must first provide him with notice and an opportunity to be heard at a bond hearing, at which a neutral immigration judge will determine

whether Montes Ramirez poses a flight risk or a danger to the community. Should renewed detention occur, the government shall not remove, transfer, or otherwise facilitate the removal of Montes Ramirez from the Eastern District of Pennsylvania before the ordered bond hearing. If the immigration judge determines that Montes Ramirez is subject to detention under 8 U.S.C. § 1226(a), the government may request permission from the Court to move Montes Ramirez if unforeseen or emergency circumstances arise that require him to be removed. Any such request must include an explanation for the request as well as a proposed destination. In that eventuality, the Court will then determine whether to grant the request and permit transfer of Montes Ramirez.

BY THE COURT:

/s/ Cynthia M. Rufe

_____

**CYNTHIA M. RUFE, J.**