**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **JOSE LUIS MONTES RAMIREZ,** | |
| **Petitioner,** | **CIVIL ACTION NO.  26-0522** |
| **v.** | |
| **PAMELA BONDI,** *et al.*, | |
| **Respondents.** | |

## <u>ORDER</u>

**AND NOW**, this 11th day of June 2026, upon consideration that the Court rendered a final judgment in this case through its Memorandum Opinion and Order [Doc. Nos. 11, 12], and because the government has filed a Certification of Compliance [Doc. No. 13], it is hereby **ORDERED** that the Clerk of Court shall **CLOSE** this case.

It is so **ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**